﻿Citation Nr: AXXXXXXXX
Decision Date: 05/29/20 Archive Date: 05/29/20

DOCKET NO. 191120-44759
DATE: May 29, 2020

ORDER

The appeal as to the issue of entitlement to nonservice-connected death pension benefits, to include special monthly pension (SMP) based on the need for aid and attendance of another person, is dismissed.

FINDING OF FACT

In April 2020, the Agency of Original Jurisdiction (AOJ) granted SMP based on the need for aid and attendance of another person effective from the earliest date legally possible, October 23, 2018.

CONCLUSION OF LAW

The criteria for dismissal of the appeal as to the issue of entitlement to nonservice-connected death pension benefits, to include SMP based on the need for aid and attendance of another person, have been met. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. §§ 20.201, 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from December 1942 to January 1946, and died in October 2011. The appellant is the Veteran’s surviving spouse. 

This matter comes to the Board of Veterans’ Appeals (Board) on appeal from a November 2019 rating decision by a Department of Veterans Affairs (VA) Regional Office (RO). Pursuant to the Appeals Modernization Act (AMA), the appellant timely appealed the November 2019 rating decision to the Board, requesting the evidence submission review docket, which allowed her 90 days following the receipt of the notice of disagreement to submit additional evidence. See November 2019 VA Form 10182; 38 C.F.R. § 20.202(b)(3).

Dismissal of Appeal

The Board only decides actual “questions” of law and fact in a case. 38 U.S.C. § 7104. The Board may dismiss any appeal that fails to allege a specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. 

In this case, the November 2019 rating decision denied the appellant’s claim for nonservice-connected death pension benefits, to include SMP based on the need for aid and attendance of another person. In November 2019, VA received a VA Form 10182 in which the appellant appealed to the Board and expressed disagreement with the denial of nonservice-connected death pension benefits, to include SMP based on the need for aid and attendance of another person. In an April 2020 rating decision, the AOJ granted SMP based on the need for aid and attendance of another person, effective October 23, 2018, which is the earliest effective date possible. 

While the Veteran’s representation submitted an informal hearing presentation in May 2020, the grant of SMP based on the need for aid and attendance of another person constitutes a full grant of the benefit the appeal was seeking because SMP based on the need for aid and attendance of another person is the higher benefit. See 38 C.F.R. §§ 3.3, 3.351(a)(5), (b), and (c). Moreover, SMP based on the need for aid and attendance of another person was granted effective October 23, 2018, which is the earliest effective date under the law. 

Based on the foregoing, there remains no allegation of fact or law (i.e., no justiciable material issue or controversy) for the Board to decide. 38 U.S.C. § 7104 (providing that the Board only decides “material issues” of law and fact). Accordingly, the Board does not have jurisdiction to review the appeal of this matter; therefore, a dismissal of this appeal is warranted. 38 U.S.C. §§ 7104 (a), 7105(d)(5); 38 C.F.R. § 20.201. 

 

 

J. PARKER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Ragheb, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.